UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZABAR R. BEEBE also known as Ralief Bradford,<br><br>Plaintiff,<br><br>-against-<br><br>ALIEF BEY,<br><br>Defendant. | 25-CV-10023 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 20, 2026, the Court directed Plaintiff to update his address after the Court received notice that two court filings had been returned to the court as undeliverable. The Court notified Plaintiff that if he did not respond to the July 20, 2026 order, the Court would dismiss the action without prejudice to Plaintiff's refiling it. Plaintiff has not updated his address or otherwise communicated with the court. Accordingly, the Court dismisses this action without prejudice to Plaintiff's filing a new civil action. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.").

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: September 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge